UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
    RUSSELL W. FRENCH §   NO. 05-93655-H5-13
        DEBTOR §

## AMENDED ORDER AUTHORIZING SALE OF REAL PROPERTY 

On this day after the Court considered the Debtor's Expedited Motion to Amend the Order Authorizing the Sale of Real Property (the "Motion") and found that it should be granted. The Debtor appeared by and through his counsel of record. The Court finds that sound business reasons justify the sale of the property as set forth in the Motion outside the course of ordinary business pursuant to 11 U.S.C. §363(b)(1) and that it is in the best interest of the Debtor's estate and the creditors to sell the property. The Court further finds that the Order Authorizing the Sale of Real Property [Docket No. 45] should be amended as set forth herein. It is accordingly

ORDERED that the Debtor Russell W. French is authorized to sell his 50% interest in Woodcreek Interest, L.L.C. and his 49 ½% interest in Woodcreek Center, Ltd. to Shirley French for an aggregate net sales price of $160,000. It is

FURTHER ORDERED that upon receipt of the $160,000 proceeds, the Debtor shall promptly deposit same into a segregated account styled "Russell W. French, Debtor-in-Possession, Case No. 05-93655-H5-11, Woodcreek Proceeds," and no disbursements shall be made from such account without further order of this Court, other than to pay Court-authorized compensation to professionals. It is

FURTHER ORDERED that this Order supersedes the prior Order Authorizing Sale of Real Property [Docket No. 45].

SIGNED this _8_ day of _Nov_, 2006.

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE