## CLASS 5 AND CLASS 6 CLAIMANTS

| Claimant | Class 3 | Class 5 | Class 6 |
|---|---|---|---|
| American Express | | | 16,518.35 |
| AT&T | | 119.03 | |
| Bank of America | | 5,193.76 | |
| Capital One | | 1,200.00 | |
| Capital One | | 424.51 | |
| Capital One | | 2,747.06 | |
| Dell Financial | | 1,371.42 | |
| Dish Network | | | 700.00 |
| Exxon | | 738.39 | |
| FGH Fabricators | | 33,371.74 | |
| GEMB/Lowes | | 681.22 | |
| General Insulation | | | 461,351.33 |
| Home Depot | | | 6,172.23 |
| IRS | | 1,871.56 | |
| Houston Cardiovascular | | 857.11 | |
| J C Penney | | 351.92 | |
| La Porte Medical | | 1,619.37 | |
| Margie Sykes Howard | | 183,237.47 | |
| Michael Coselli MD | | 25.00 | |
| Nextel Communications | | 864.86 | |
| Sears | | 886.93 | |
| Sears | | | 8,159.67 |
| Shell | | 1,137.27 | |
| Sprint | | 864.86 | |
| TMHOP | | 15.10 | |
| Wells Fargo (Gallery Furniture) | 2,000.00 | 1,718.10 | |
| **TOTAL** | **2,000.00** | **239,296.68** | **476,383.23** |